UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 25 CR 557 |
| v. | Honorable Jeffrey T. Gilbert |
| ALBERTO ALEGRIA | |

### GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves this Court to dismiss the complaint in the above-captioned case pursuant to Federal Rule of Criminal Procedure 48(a).

WHEREFORE, the United States requests leave of the Court to dismiss the complaint as to defendant Alberto Alegria without prejudice.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/Tiffany Ardam*
TIFFANY ARDAM
Assistant United States Attorney
219 S. Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 353-0951

Dated: September 16, 2025